FILED
2009 Jun-26 AM 10:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR SANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 09-PWG-417-S |
| | ) |
| SOUTH CENTRAL CONFERENCE OF | ) |
| SEVENTH DAY ADVENTIST d/b/a REGIONAL | ) |
| CONFERENCE RETIREMENT PLAN, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on June 9, 2009 recommending that the defendant's motion to dismiss (doc. #3) be granted and that this action be dismissed. The parties were allowed an opportunity to file objections to the recommendation. Mr. Sanders filed objections on June 23, 2009.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and plaintiff's objections, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, plaintiff's objections are due to be overruled and defendant's motion to dismiss granted. A Final Judgment will be entered.

As to the foregoing it is SO **ORDERED** this the 26th day of June, 2009.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE